UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THOMAS PLEASANT,<br><br>        Plaintiff,<br><br>v.<br><br>THEODORE D'AMICO,<br><br>        Defendant. | 3:06-cv-00149-LRH (VPC)<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#22) filed on May 8, 2007, in which the Magistrate Judge recommends that the District Court enter an order dismissing this action without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#22); therefore, this action is dismissed without prejudice.

The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 29th day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE